# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

### CIVIL ACTION NO. 7:24-CV-830-D

| | |
|---|---|
| TRACI RIVENBARK, <br><br> Plaintiff, <br><br> vs. <br><br> GORDON MANN, <br><br> Defendant. | ORDER GRANTING CONSENT MOTION TO SET ASIDE ENTRY OF DEFAULT, WITHDRAW DEFENDANT'S MOTION TO DISMISS AND EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT |

This matter is before the Court on the parties' Consent Motion to Set Aside Entry of Default, Withdraw Defendant's Motion to Dismiss, and Extend Time for Defendant to Respond to Complaint. For good cause shown and by the agreement of the parties:

1. The entry of default against Defendant is set aside;

2. Defendant's Motion to Set Aside Entry of Default and to Dismiss Plaintiff's Complaint is withdrawn and denied as moot;

3. Defendant's responsive pleading shall be filed on or before October 7, 2024.

SO ORDERED. This the 26 day of September, 2024.

JAMES C. DEVER III
United States District Judge