# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

### CIVIL ACTION NO. 7:24-cv-830-D

| | |
|---|---|
| TRACI RIVENBARK,<br><br>    Plaintiff,<br><br>vs.<br><br>GORDON MANN,<br><br>    Defendant. | **NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 40.3(b)** |

  NOW COMES the undersigned attorney, JASON R. HARRIS, and hereby gives notice of all cases pending in this district that are related to the above referenced case in that 1) the cases concern substantially the same parties, or events; 2) the cases call for a determination of the same or substantially related or similar questions of law and fact; or 3) it appears likely that there will be an unduly burdensome duplication of labor and expenses or conflicting results if the cases are conducted before different judges.

Case No. 7:24-cv-1088-D  In the Matter of:

               GORDON DALE MANN, Owner of the M/Y HOOKED ON A FEELING, a 1988 63' +/- Gulfstar, HIN # GFS63004K788, Official # 937310, her engines, tackle, apparel, appurtenances, fittings, etc.

               For Exoneration from
               and/or Limitation of Liability

This the 22nd day of November, 2024.

FARRELL SMITH O'CONNELL AARSHEIM APRANS LLP

/s/ Jason R. Harris
Jason R. Harris
N.C. State Bar No. 27876
321 North Front Street, Suite 104
Wilmington, NC 28401
(910) 836-1755
(978) 666-0383 Fax
jharris@fsofirm.com

For Mail Only:
27 Congress St., Suite 508
Salem, MA 01970
*Attorney for Defendant*
