IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:24-CV-830-D

TRACI RIVENBARK, )
)
     Plaintiff, )
)     **ORDER**
     v. )
)
GORDON MANN, )
)
     Defendant. )

This matter is before the court sua sponte. The clerk of court filed an order for discovery plan [D.E. 16] in this action on February 6, 2025. This court, however, previously issued an order in case number 7:24-CV-1088-D specifically enjoining the prosecution the instant action.

Accordingly, the order for discovery plan [D.E. 16] is RESCINDED and of no effect. All further proceedings in this case are STAYED pending further order of this court in case number 7:24-CV-1088-D.

SO ORDERED. This the 24 day of February, 2025.

JAMES C. DEVER III
United States District Judge